UNITED STATES DISTRICT COURT
515 RUSK
HOUSTON TX 77002

COMPLAINT

United States Courts
Southern District of Texas
F I L E D

FEB 0 4 2025

Nathan Ochsner, Clerk of Court

GARRIETT CURRY
P O BOX 266382
HOUSTON TX 77207
PHONE: 832-823-9146
EMAIL: CURRYGARRIETT@GMAIL.COM
REF. 24CV3358
PLAINTIFF

VS.

CRETE CARRIER CORPORATION
400 NW 56TH STREET
LINCOLN NE 68528
PHONE: 800-998-9100
DEFENDANT

I was hired by Crete Carrier Corporation in March of 2018 to be a regional tractor trailer driver. I worked mostly in Texas and the midwestern states, sometimes I accepted load assignments going to the west and east coast. I am the type of driver that will workday or night shifts, and I would regularly stay out on the road several weeks, and all my reviews were good. I have a clean criminal record and a clean driving record. I am a person of faith with a belief in GOD through JESUS.

Crete has over 5000 tractor trucks and over 13000 trailers. Crete has a policy to have quarterly inspections and maintenance done on the trailers. Crete required me and the other over 5000 drivers to take the trailers to Crete approved maintenance shops to have the service done on the trailers without any compensation. There was normally a lot of waiting time at the shops to get the inspection service done. It normally took two to four hours to have the service done, including waiting time. Me and the other drivers are paid mostly by the miles that we drive. A lot of times I would go to a maintenance shop and the attendant would tell me we do not have a certified technician on duty to do the inspection, or the technician is on a road call and want be back for several hours. I have to continue looking for a shop to get the trailer inspection done. In those type situations, I Lose at least a half an hour to an hour of paid drive time. It takes time and patience when the driver of a tractor trailer is getting off and back on interstate highways and roadways. Most of the times, when I have found a maintenance shop to have the trailer done, after waiting in line for hours, the maintenance shop must contact Crete to get authorization to do the service. The shop communicates with Crete through a system called Shop Connect, like email. The maintenance shop sends Crete the message to get authorization to do the service, and most of the time, Crete takes a half an hour to over an hour to respond. So, the shop can't do the service until they get authorization from Crete. Crete is unnecessarily delaying me and does not Care because Crete does not plan to compensate me. This type of situation also puts a hold on the shop operations because they have other work orders other than Crete equipment. And, if the shop

technician finds issues that need to be fixed, the maintenance shop must contact Crete again, which takes additional time. It's very clear that Crete did not care how long that I was at the maintenance shop because they do not plan to compensate me. I would sometimes get the maintenance service done on the trailers during my required 10-hour rest break, a requirement by the Department of Transportation. Crete knew that I was doing that because the shop had to get authorization from Crete before doing the service. I would have the service done on the trailers during my rest break because I still had to be on time with my load assignments, I still had to pick up and deliver freight on time. Crete requiring me to get the maintenance and inspections on the trailers was very emotional and stressful. One of Crete's slogans about safety is, there are no shortcuts, well, I was not getting my proper rest during my rest breaks and Crete did not care, and only cared about me getting the Crete trailers inspected and maintained, and that I was timely on my load assignments. The message that Crete would send to get the trailers inspected also included a statement that said, if you have time. However, if you do not get the trailers inspected, Crete would send the message to get the trailer inspected several times. Around October of 2023, I received a phone call from Joni Rousselle, my asset manager, asking me specifically about getting the maintenance service done on a trailer. I said yes that I would get the service done, for fear of retribution. I felt very intimidated by that call. I was put on notice that getting the trailers inspected and maintained is not an option, it's a requirement even though I will not get compensation. Around the latter days of August or maybe early September of 2023, I had a review with Ben STAHLA, a Crete manager at the Crete Wilmer Texas terminal. Ben encouraged me to get more safety points. Crete said that Crete drivers will receive a half safety point on their safety record for each trailer inspection completed         , and that the safety points would stay with the driver if the driver quit working for Crete and returned to work for Crete. That review with Ben was after I had returned to work for Crete for the third time. According to a Crete report that I saw, I should have had a minus 22 safety points, if the safety points stayed on the drivers record if the driver left working for Crete and returned to work for Crete. Every report that I saw about my safety points did not appear to be correct. I have been a safe driver, so when Crete say they are giving me a half safety point for each trailer inspection, it does not mean anything to me because I am not being compensated for spending hours getting Crete trailers inspected and maintained. Crete has been in business since 1966. Crete has been cheating drivers for many years and most likely under paying, and under reporting federal and state payroll and unemployment taxes. It is very, very clear, by giving me and the other over 5000 drivers a half safety point for each trailer inspection, Crete feels that is justification for not compensating me and the other drivers. This is wage theft. That is not acceptable. I am sorry for using this word, but this is a scam, dishonest scheme, fraudulent practice that Crete has been doing for years. Crete employs managers like Ben STAHLA to push the dishonest scheme during driver reviews, dishonest scheme of getting drivers to buy into the scheme of getting more safety points, Crete knows that those frivolous safety points on the driver record does not have any serious purpose or value, the objective is to get the Crete trailers inspected and maintained without compensating me and the other over 5000 drivers. This is wage theft. This is like a modern form of slavery. I have tried to make clear that getting Crete trailers inspected and maintained is not something that can be done in 10 or 15 minutes. One day, around October of 2023, I was speaking to Ross KLAMETH, the Crete terminal manager in Wilmer Texas, about my concerns, he made the statement, I told them that they need to be paying the drivers something for getting the trailers inspected. I believe he was referring to upper-level management when he said I told them they need to be paying the drivers something. He was right. Me and the other drivers are not owner operators or independent contractors, operating with our own equipment. We are employees doing a required duty

2

of getting Crete trailers inspected and maintained that takes several hours. Walmart pay their truck drivers when they have maintenance done on their equipment. I believe they call it activity pay. Why does Crete think that they do not have to compensate. By giving a half safety point for each trailer inspection and no compensation, that is not acceptable and is wage theft. Crete drivers do the same things as Walmart drivers. One day I was helping the Crete Walmart dedicated fleet. I hooked up to a Walmart trailer at a Walmart store in SOUTH DAKOTA, the Walmart trailer had two flat tires. I had to wait 4 or 5 hours for a technician to come and replace the tires. Crete did not pay me a penny. Walmart pays its drivers for issues like that. Me and the Walmart truck drivers are doing the same thing. Walmart compensates the drivers because it's the lawful thing to do. This is wage theft. Crete wants to give the driver a half safety point as justification for not compensating me and the other drivers. I will request that the Walmart transportation manager at the Walmart distribution center in Paul's Valley OK. Be at the trial. One day, I accepted a load assignment going to California. The California department of transportation did an inspection on the trailer and found issues that needed to be corrected. Crete had allowed someone not qualified to do repairs on the trailer. The repair person placed a clamp on the airline that did not meet the department of transportation standards. The California department of transportation put the Crete trailer out of service until it was repaired correctly. The California department of transportation officer did not write me a citation. He did the right thing; he knew that I had nothing to do with the repair person placing a clamp on the trailer airline that did not meet the department of transportation standards. I had to wait about 6 hours for the repair technician. Crete did not compensate me. I had nothing to do with Crete allowing someone not qualified to work on the trailer. There are many other similar types of issues that I will present in court at the trial. I worked for another trucking company for about a year and a half before I went to work for Crete. The other company that I worked for never required me to take their equipment to maintenance shops for inspections and maintenance service. The company did the inspections and maintenance on the trailers when the trailers were parked at their terminals. The technicians employed by the company would go get the trailers from the parking lot at the terminals in a yard truck and they would take the trailers to the company maintenance shop at the terminal to do the maintenance without any involvement from me or the other truck drivers. Sometimes Crete will have the Crete trailers inspections and maintenance done at the Crete terminal shops in the same manner I just said about the previous company that I had worked. Crete shops are normally backed up with repairs to be done on Crete equipment and a lot of waiting time. It is okay for Crete to require drivers to take the Crete trailers to maintenance shops around the country to get inspections and maintenance, but Crete need to compensate me and the other drivers because it takes several hours to get the service done. Crete has not compensated drivers for doing a required duty of getting the trailers inspected. This is wage theft. The process of getting tractor trucks and trailers inspected and maintained is a normal major expense for trucking companies. But someone at Crete came up with what they think is a brilliant idea to give me and the other over 5000 drivers a half safety point per trailer and no compensation for spending several hours getting the trailers inspected. I do not think that is a brilliant idea. This is wage theft. Crete started business in 1966, Crete has been cheating drivers for a long time. The scam, very dishonest scheme of giving me and the other drivers a half safety point per trailer inspection and no compensation has given Crete a huge competitive advantage over the competition. Before I started working for Crete, I had to decide between Crete and another trucking company named J B Hunt. I chose Crete because Crete offered me two cents higher payrate. Crete can offer a higher payrate because of the dishonest and fraudulent scheme that Crete has been doing for years, the dishonest scheme of requiring drivers to have Crete trailers inspected and

3

maintained without compensation. Crete feels it is okay to not pay the drivers for spending hours getting the Crete trailers inspected and maintained because they are giving the drivers a half safety point on their record for each trailer inspected. This is nothing but a scam and it is wage theft. I have looked at the numbers, Crete has over 5000 tractor trucks with a turnover rate of about 48 percent. By avoiding this expense of compensating the drivers, Crete is not only cheating Crete drivers, but also this very dishonest scheme has given Crete a very strong competitive edge over other trucking companies. So, at this time, I will only be filing a claim for relief for the time spent for getting inspections and maintenance done on Crete equipment, tractor trucks and trailers, including flat tires. This claim will include emotional distress and lost wages. I have not worked since 11-23-2023 because of the unrepairable emotional distress and mental anguish that Crete Carrier Corporation has caused me.  The basis for the time spent getting Crete equipment inspected and maintained will be: we will use three hours as an average per trailer inspection. We, as Crete drivers, are paid mostly by the driven miles. so, with three hours per trailer inspection, I should be able to drive at least 50 miles per hour, the tractor truck will go faster than 50 miles per hour but because of traffic conditions and road construction, we will use 50 miles per hour. So, at 50 miles per hour for 3 hours is 150 miles. My pay rate for Crete was 62 cents per mile. 150 miles times .62 is $93.00. So that is $93.00 per trailer inspection for the time spent getting maintenance and inspections done on Crete equipment. If Crete had done what Ross Klameth the Crete Wilmer Texas terminal manager said to me, we would not have to do this, he said I told them they need to be paying the drivers something for getting the trailers inspected.  I will file a motion asking the court to extend the statute of limitation in this case because Crete has been willful and deliberate doing the scam, dishonest and fraudulent scheme for a long time, giving drivers a half safety point and not compensating the over 5000 drivers for spending hours getting inspections and maintenance done on the over 13000 Crete trailers. Crete started business in 1966 and has been cheating drivers for a long time and the dishonest scheme also has given Crete a huge competitive advantage over the competition. The total claim for relief is $252,473.00. $5673.00 for the time spent getting maintenance and inspections done on Crete equipment. $160,000.00 for emotional distress and mental anguish. $86,800.00 for lost wages, I have not worked since 11-23-2023, and I took Crete trailer 239763 to the Crete maintenance shop for inspection and maintenance on the last day that I worked. The $5673.00 may be changed and will be based on what the court say about extending the statute of limitations and based on Crete records when I get them. I will be requesting a copy of all of Crete's records concerning the maintenance and inspections of Crete equipment pertaining to me. Although at this time I am only making a claim for relief for the issue of Crete requiring me and the other over 5000 drivers to get maintenance and inspections done on the over 13000 Crete trailers without compensation. Other claims for relief may be filed because I am still pursuing justice for the many other issues, such as the title seven violation of the civil rights act of 1964 by three white male racist Crete maintenance shop employees at the Walmart distribution center in Paul's Valley Oklahoma. I will be requesting production of documents, rule 34, to help support my case. I will be requesting a copy off all messages, correspondences, and trip assignments sent to me from March of 2018 through November 23,2023, via OMNITRACS and PEOPLENET systems. I will be requesting the names and position titles of all the employees at the Paul's Valley Oklahoma Walmart distribution center from 11-12-2023 to 11-17-2023. I will be asking the court for a court order to obtain surveillance camera footage from Walmart Inc. and Crete Carrier Corporation at the Walmart distribution center in Paul's Valley Oklahoma from 11-13-2023 to 11-17-2023. I want to end this complaint by making my point very clear. Crete requires over 5000 truck drivers that Crete employs to get inspections and maintenance done on the over 13000 Crete trailers without any

4

compensation to the drivers. The inspections normally take several hours. Crete said that they give the drivers a half safety point per trailer inspection to justify not paying the drivers for spending hours getting the trailer inspections and maintenance done. The reports that I saw with my safety points did not appear to be correct, and those reports to me did not mean anything because I was not being compensated. But the very deceitful scheme caused me emotional distress and mental anguish. I still had to deliver my load assignments on time and sometimes I got the trailer inspections and maintenance done on my required 10-hour rest break. Because of the emotional distress and mental anguish, I have not worked since 11-23-2023. I could not find another trucking company that requires their driver to get inspections and maintenance done on trailers without compensating the drivers. Because Crete has Walmart dedicated fleets, I have worked side by side with the Walmart drivers. Walmart does not require the Walmart drivers to get inspections and maintenance done on Walmart trailers without compensation. MS Amanda Hilty, Crete's counsel, said in her writings that Crete can prove that Crete is exempt. Walmart and the other trucking companies are not exempt, and they pay their drivers. How can Crete have a special exemption that will allow Crete to do something that is like a form of slavery. Ross KLAMETH, a well-regarded Crete manager at the Crete Wilmer Texas terminal, said he told Crete that Crete need to be paying the drivers something. This is a scam, very dishonest and fraudulent scheme to cheat very hard-working truck drivers, and to give Crete a huge competitive advantage over the competition. I believe MS Amanda Hilty, Crete's counsel, is aware that Crete is using the dishonest scheme to cheat hard working drivers and appears ethically okay with the scheme. Crete has been in business since 1966. Crete has been doing this deceptive scheme for a long time. Now, Crete I know that you may want to kill me, its not worth that, you know that I have spoken the truth. PLEASE, JURY TRIAL DEMANDED, Thanks GARRIETT CURRY

Harriett Curry        2-4-2025